United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A PEREZ,<br>Petitioner,<br>v.<br>KELLY SANTORO,<br>Respondent. | Case No. 26-cv-07661-NW<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 1 |

Petitioner Steven A. Perez filed the instant *pro se* petition for writ of habeas corpus on July 24, 2026. *See* ECF No. 1. Perez seeks habeas relief from a criminal conviction arising in Merced County, California, which is located within the Eastern District of California. *See* 28 U.S.C. § 84(b); *see also* Habeas L.R. 2254-3(b)(1) (where a petitioner challenges the lawfulness of a conviction for which the petitioner was convicted outside the Northern District of California, "venue shall be transferred to . . . [t]he district of conviction or sentencing."). In the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk is requested to transfer the matter, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2026

Noël Wise
United States District Judge